

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00387-CV

**STATE OF TEXAS FOR THE PROTECTION OF R.F.**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-01450
Honorable Aaron Haas, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed: November 20, 2019

DISMISSED FOR WANT OF PROSECUTION

On September 4, 2019, the court reporter responsible for preparing the reporter's record in this appeal notified this court that appellant had failed to pay the fee for preparing the record. By order dated September 6, 2019, appellant was ordered to provide written proof to this court no later than September 16, 2019, that either (1) the reporter's fee had been paid or arrangements had been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. Our order stated that if appellant failed to respond within the time provided, appellant's brief would be due on October 7, 2019, and the court would consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Neither the brief nor a motion for extension of time has been filed. By order dated October 15, 2019, appellant was ordered to show cause in writing by October 3, 2019, why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). Appellant did not respond to this court's order. Accordingly, this appeal is dismissed for want of prosecution. *See id*.

PER CURIAM